379 A.2d 605

Commonwealth v. Richberg, Appellant.

Argued December 9, 1976. Robert G. Schwartz, for appellant; Ross Weiss, First Assistant District Attorney, and William T. Nicholas, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.